Law Office of Sheila D. Jones
P.O. Box 42532
Washington D.C. 20015


March 24, 2015


Chambers Judge Denis R. Hurley
P.O. Box 9014
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Hurley:

The Committee to Stop Airport Expansion ("Committee") hereby requests a Pre-motion Conference pursuant to Rule 3 of your Individual Practice Rules. The Committee intends to file a motion to intervene pursuant to Federal Rules of Civil Procedure, Rule 24 in *Friends of East Hampton, et al v. FAA, et al*, 2:15-cv-00441-DRH-ARL.

The Committee and several of its members were plaintiffs in a civil action filed against the Department of Transportation and the Federal Aviation Administration ("FAA") alleging that the FAA failed to comply with the National Environmental Policy Act when it awarded certain grant monies for projects at the Town of East Hampton Airport, and that the FAA violated the Airport and Airways Improvement Act when on August 20, 2001, it approved an Airport Layout Plan submitted by the Town of East Hampton as part of a grant application. That action, *Committee to Stop Airport Expansion, et al v. US Department of Transportation, et al*, Civil Action No. CV-03-2634 (Seybert, J.)(Orenstein, M.J.) was settled. The plaintiffs in the action pending before you are attacking that settlement.

The Committee's action against the FAA focused on the noise impacts resulting from aircraft operations at the East Hampton Airport and the effect on those living, working and recreating in the vicinity of the airport. The Committee's position is that the settlement agreement in the prior action is lawful because the FAA did not exceed its authority, and, thus, all of the plaintiffs' claims in *Friends of East Hampton, et al v. FAA, et al*, 2:15-cv-00441-DRH-ARL are without merit.

Sincerely,
*Sheila D. Jones*
Sheila D. Jones, SJ7254
Law Office of Sheila D. Jones
P.O. Box 42532
Washington D.C. 20015
202.316.1307
sdjones.env.law@gmail.com